# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| vs. | ) CRIMINAL ACTION 1:22-00111-KD-MU |
| CHRISTOPHER WAYNE MITCHELL | ) |
| Defendant. | ) |

## Order

This matter is before the Court on Defendant Mitchell's Motion to Dismiss (Doc. 26) and the Government's Response (Doc. 37).

As explained in the United States brief and adopted as the Court's reasoning (Doc. 37, pp. 3-12), by reaffirming and adhering to its reasoning in D.C. v. Heller, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637 (2008) and McDonald v. City of Chicago, Ill., 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010) the Supreme Court in New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 213 L. Ed. 2d 387, 142 S. Ct. 2111 (2022) did not change the regulatory framework that prohibits felons from possessing firearms. Moreover, the Eleventh Circuit has previously rejected a Second Amendment challenge to 922(g)(1) in United States v. Rozier, 598 F.3d 768 (11th Cir. 2010). Accordingly, Mitchell's Motion to Dismiss (Doc. 26) is **DENIED**.

**DONE** and **ORDERED** this the 17th day of **November 2022**.

    /s/ Kristi K. DuBose  
    KRISTI K. DuBOSE  
    UNITED STATES DISTRICT JUDGE